| | |
|---|---|
| | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/16/2025 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In re NURTURE BABY FOOD LITIGATION**

This document relates to:
ALL ACTIONS

Master File No. 1:21-cv-01217-MKV

Hon. Mary Kay Vyskocil

### STIPULATION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) TO DISMISS WITH PREJUDICE PLAINTIFF SUSAN RAY LAWSON'S CLAIMS AGAINST NURTURE, LLC

Plaintiff Susan Ray Lawson ("Plaintiff Lawson") and Defendant Nurture, LLC ("Nurture") (collectively the "Parties"), hereby stipulate as follows:

**WHEREAS**, Plaintiff Lawson is a putative named plaintiff in the above-captioned putative class action lawsuit (the "Action");

**WHEREAS**, Nurture has served an Answer to Plaintiffs' First Amended Consolidated Class Action Complaint, *see* ECF No. 272;

**WHEREAS**, the Court has not certified a class in the Action, such that Fed. R. Civ. P. 23(e) does not apply;

**WHEREAS**, as a result of personal matters, Plaintiff Lawson no longer is able to serve as a named plaintiff and respectfully requests to have her claims dismissed, with prejudice, from this Action;

**WHEREAS**, the Parties met and conferred concerning Plaintiff Lawson's voluntary dismissal with prejudice from this Action, and Nurture has consented to her voluntary dismissal with prejudice;

**WHEREAS**, the other Parties to have appeared in this Action, including named Plaintiffs

Charlotte Willoughby, Laura Barbu, Hilary Paris, Kelly McKeon, Marie Mezile, Diego Galeana, Chey'Na Micciche, consent to Plaintiff Lawson's voluntary dismissal from this Action with prejudice; and

**WHEREAS**, neither Plaintiff Lawson, nor Plaintiffs' counsel, has received any consideration in exchange for this stipulation of voluntary dismissal.

**THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

1. Plaintiff Lawson is dismissed as a named plaintiff in the Action, and her claims are dismissed with prejudice, effective as of the date of this Stipulation; and

2. Each party shall bear their own costs and fees, including attorneys' fees, relating to this dismissal.

Dated: October 14, 2025                    Respectfully stipulated to and submitted by,

**DLA PIPER LLP (US)**                     **GEORGE FELDMAN MCDONALD, PLLC**

By: s/ Angela C. Agrusa                    By: s/ Lori G. Feldman
Angela C. Agrusa                           Lori G. Feldman, Esq. (admitted in SDNY)
2000 Avenue of the Stars, Suite 400        102 Half Moon Bay Drive
Los Angeles, CA 90067                      Croton-on-Hudson, NY 10520
(310) 500-3591                             Telephone: (917) 983-9321
angela.agrusa@us.dlapiper.com              Facsimile: (888) 421-4173
                                           E-Mail: lfeldman@4-justice.com
Colleen Carey Gulliver                     E-Service: eService@4-justice.com
Connor Rowinski
1251 Avenue of the Americas, 27th Floor    By: s/ Rebecca A. Peterson
New York, NY 10020                         Rebecca A. Peterson (*Pro Hac Vice*)
(212) 335-4500                             1650 W. 82nd Street, Suite 880
colleen.gulliver@us.dlapiper.com           Bloomington, MN 55431
connor.rowinski@us.dlapiper.com            Telephone: (612) 778-9595
                                           E-Mail: rpeterson@4-justice.com
*Counsel for Defendant Nurture, LLC*
                                           *Plaintiffs' Interim Co-Lead Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of October, 2025, I electronically filed the foregoing STIPULATION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) TO DISMISS WITH PREJUDICE PLAINTIFF SUSAN RAY LAWSON'S CLAIMS AGAINST NURTURE, LLC with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                               /s/ Rebecca A. Peterson
                                               Rebecca A. Peterson

                                               *Plaintiffs' Interim Co-Lead Counsel*

---

**Granted. SO ORDERED.**

Date: 10/16/2025                      */s/ Mary Kay Vyskocil*
New York, New York          Mary Kay Vyskocil
                                   United States District Judge